UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL BATISTE d/b/a ARTANG PUBLISHING, LLC, a Louisiana Limited Liability Company<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RYAN LEWIS, BEN HAGGERTY, professionally known as MACKLEMORE, professionally and collectively known as MACKLEMORE AND RYAN LEWIS, individuals, MACKLEMORE PUBLISHING, RYAN LEWIS PUBLISHING, MACKLEMORE, LLC, ALTERNATIVE DISTRIBUTION ALLIANCE, ANDREW JOSLYN, ALLEN STONE, DB JOSLYN MUSIC, STICKYSTONES PUBLISHING,<br><br>　　　　　Defendants. | Case No:  17- 4435-MLCF-KWR<br><br>JUDGE: MARTIN L.C. FELDMAN<br><br>MAGISTRATE JUDGE: KAREN WELLS ROBY |

*EX PARTE* MOTION FOR ADMISSION *PRO HAC VICE* OF ERIN SMITH DENNIS

　　Undersigned counsel, who is a member of the bar of this court and an attorney of record for Defendants, Ryan Lewis, Ben Haggerty, Macklemore Publishing, Ryan Lewis Publishing, Macklemore LLC, Andrew Joslyn, Allen Stone, DB Joslyn Music, and Stickystones Publishing, moves the Court pursuant to Local Rule 83.2.5 to grant admission *pro hac vice* to Erin Smith Dennis, of Loeb & Loeb, LLP, 345 Park Avenue, New York, NY 10154, (212) 407-4162, allowing her to appear and participate as co-counsel in this action.

　　Ms. Dennis is a member in good standing of the United States District Court for the Southern District of New York as shown in Exhibit "A."  She is admitted to practice in the state of New York and the United States District Court for the Southern District of New York.

Ms. Dennis' affidavit regarding the absence of criminal charges or disciplinary actions against her is attached as Exhibit "B."

Ms. Dennis' Electronic Case Filing System Attorney Registration Form is attached as Exhibit "C."

Respectfully submitted,

**PHELPS DUNBAR LLP**

/s/ *Mary Ellen Roy*
Mary Ellen Roy, T.A. (La. Bar #14388)
Dan Zimmerman (La. Bar #2202)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
roym@phelps.com
dan.zimmerman@phelps.com

Erin Smith Dennis
(*pro hac vice* application pending)
**LOEB & LOEB, LLP**
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4162
Telecopier: (212) 202-7942
edennis@loeb.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 11th day of September, 2017 electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ *Mary Ellen Roy*
