CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

_____**ERIN SMITH DENNIS**_____, Bar # _____----_____

was duly admitted to practice in this Court on

_____**SEPTEMBER 11, 2017**_____, and is in good standing as a member of the Bar of this Court.

Dated at  500 Pearl Street
<u>New York, New York</u>    on    _____**SEPTEMBER 11, 2017**_____

_____Ruby J. Krajick_____    by    __________
Clerk                                              Deputy Clerk

EXHIBIT A