UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL BATISTE d/b/a ARTANG PUBLISHING, LLC, a Louisiana Limited Liability Company<br><br>    Plaintiffs,<br><br>v.<br><br>RYAN LEWIS, BEN HAGGERTY, professionally known as MACKLEMORE, professionally and collectively known as MACKLEMORE AND RYAN LEWIS, individuals, MACKLEMORE PUBLISHING, RYAN LEWIS PUBLISHING, MACKLEMORE, LLC, ALTERNATIVE DISTRIBUTION ALLIANCE, ANDREW JOSLYN, ALLEN STONE, DB JOSLYN MUSIC, STICKYSTONES PUBLISHING,<br><br>    Defendants. | Case No: 17- 4435-MLCF-KWR<br><br>JUDGE: MARTIN L.C. FELDMAN<br><br>MAGISTRATE JUDGE: KAREN WELLS ROBY |

AFFIDAVIT

STATE OF NEW YORK

COUNTY OF NEW YORK

BEFORE ME, the undersigned authority, personally came and appeared:

ERIN SMITH DENNIS

who after being sworn stated as follows:

PD.22224270.1



1)     I am an attorney at law practicing with the Loeb & Loeb, LLP, 345 Park Avenue, New York, NY 10154.

2)     I seek admission *pro hac vice* so that I may appear and participate as co-counsel in this matter on behalf of Defendants, Ryan Lewis, Ben Haggerty, Macklemore Publishing, Ryan Lewis Publishing, Macklemore LLC, Andrew Joslyn, Allen Stone, DB Joslyn Music, and Stickystones Publishing.

3)     In support of this request, and in compliance with Local Rule 83.2.5, I swear that I have never had any disciplinary proceedings or criminal charges instituted against me.

*[signature]*
ERIN SMITH DENNIS

Sworn to and subscribed before me,

this 11th day of September, 2017

*[signature]*

Notary Public
My commission expires:

AZMINA HIRJI
Notary Public, State of New York
No. 01HI506999
Qualified in Nassau County
Commission Expires May 28, 2018

- 2 -

PD.22224270.1