UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAUL BATISTE d/b/a ARTANG PUBLISHING, LLC, a Louisiana Limited Liability Company** | Case No: 17- 4435 |
| Plaintiffs, | JUDGE:<br>MARTIN L.C. FELDMAN |
| v. | |
| **RYAN LEWIS, BEN HAGGERTY, professionally known as MACKLEMORE, professionally and collectively known as MACKLEMORE AND RYAN LEWIS, individuals, MACKLEMORE PUBLISHING, RYAN LEWIS PUBLISHING, MACKLEMORE, LLC, ALTERNATIVE DISTRIBUTION ALLIANCE, ANDREW JOSLYN, ALLEN STONE, DB JOSLYN MUSIC, STICKYSTONES PUBLISHING,** | MAGISTRATE JUDGE:<br>KAREN WELLS ROBY |
| Defendants. | |

**ORDER**

The Court having considered the Motion for Admission *Pro Hac Vice* of Barry I. Slotnick, **IT IS ORDERED** that the Motion is **GRANTED** and that Barry I. Slotnick, an attorney with Loeb & Loeb, LLP, is admitted *pro hac vice* to appear and participate in the proceedings in this action on behalf of Defendants, Ryan Lewis, Ben Haggerty, Macklemore Publishing, Ryan Lewis Publishing, Macklemore LLC, Andrew Joslyn, Allen Stone, DB Joslyn Music, and Stickystones Publishing.

Signed in New Orleans, Louisiana this   12th   day of September, 2017.

_____
**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**