## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL BATISTE d/b/a ARTANG PUBLISHING, LLC, a Louisiana Limited Liability Company<br><br>      Plaintiffs,<br><br>  v.<br><br>RYAN LEWIS, BEN HAGGERTY, professionally known as MACKLEMORE, professionally and collectively known as MACKLEMORE AND RYAN LEWIS, individuals, MACKLEMORE PUBLISHING, RYAN LEWIS PUBLISHING, MACKLEMORE, LLC, ALTERNATIVE DISTRIBUTION ALLIANCE, ANDREW JOSLYN, ALLEN STONE, DB JOSLYN MUSIC, STICKYSTONES PUBLISHING,<br><br>      Defendants. | Case No.: 2:17-cv-04435-MLCF-KWR |

### **PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATIONS**

NOW INTO COURT, through the undersigned counsel comes, Plaintiff who submits this objection to the Magistrate's Report and Recommendations:

1) **Plaintiff objects to the finding that his counsel shall be ordered to satisfy an obligation of attorney' fees to the defendants.** The Magistrate did not provide any reasoning or legal authority as to why Plaintiff's counsel should be ordered to pay attorney's fees to the Defendants.

2) **Plaintiff objects to the award of attorney's fees for the granting of a Motion for Summary Judgment that is being reviewed by the Fifth Circuit Court of Appeal.**

3) **Plaintiff objects to the finding that claims of the Plaintiff were objectively weak.** The Magistrate erroneously relied upon a burden of proof from the 1st circuit that the Defendants need only show that the plaintiff's claims were objectively weak to receive an award for attorney's fees instead of a showing of frivolity or bad faith. The Magistrate only relied upon the procedural history of the matter as opposed to reviewing the substance of the Plaintiff's claims.

   **Plaintiff objects to the finding that hourly rate of defense counsel was reasonable.** In this matter, the defendants' request for attorney's fees is unequivocally excessive, duplicative and non-confirmative to the standard fees accepted in the relevant community. Moreover, the Defendants' fees are not accepted within the relevant community. Here, although the defendants have hired out-of-state counsel, the relevant community is the Eastern District of Louisiana, not New York. Furthermore, the fees are generally excessive for Louisiana counsel.

4) **The Plaintiff objects to the finding that the defendant be awarded costs in this matter.** The Defendants did not submit any evidence that it actually paid the costs sought nor any statutory basis for it, as the Magistrate noted. Additionally, the Magistrate awarded costs while noting the defendants did not meet all three elements within jurisprudence that it is not binding upon this Court.

5) **The Plaintiff objects to the finding that the attorney's fees is not subject to downward departure.** The Magistrate did not consider the Johnson factors in reviewing a downward departure of the award of attorney fees of the defendant.

        Respectfully submitted,

        _____
        DaShawn Hayes, #34,204
        The Hayes Law Firm, PLC
        1100 Poydras St., Ste 1530
        New Orleans, LA 70163
        Phone: 504-799-0374
        Fax: 504-799-0375
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading forwarded to all parties by First Class, United States Mail, facsimile, or other electronic means on this 20th day of September 2019.

        _____
        **DaShawn Hayes**