UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL BATISTE d/b/a ARTANG PUBLISHING, LLC, a Louisiana Limited Liability Company | CIVIL ACTION<br>NO: 17-4435 |
| VERSUS | SECTION: "F" (4) |
| RYAN LEWIS, BEN HAGGERTY, Professionally known as MACKLEMORE, Professionally and collectively known as MACKLEMORE AND RYAN LEWIS, Individuals, MACKLEMORE PUBLISHING, RYAN LEWIS PUBLISH, MACKLEMORE, LLC ALTERNATIVE DISTRIBUTION ALLIANCE, ANDREW JOSLYN, ALLEN STONE, ANDREW JOSLYN MUSIC, LLC, STICKY STONES PUBLISHING | |

## ORDER

The Court, having considered the Motion for Attorney Fees, the applicable law, the Report and Recommendation of the United States Magistrate Judge, the objection to the Magistrate Judge's Report and Recommendation filed by the Plaintiff (Rec. Doc. No. 159) and Response filed by the Defendants (Rec. Doc. No. 160), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that the **Defendants' Motion for Attorney's Fees (R. Doc. 145)** is **GRANTED** to the extent that Defendants are awarded reasonable attorneys' fees and costs in the amount of **$125,427.81**.

**IT IS FURTHER ORDERED** that Plaintiff Paul Batiste and his counsel shall satisfy their obligation to the Defendants no later than twenty-one (21) days from the signing of this order.

New Orleans, Louisiana, this 21st day of October 2019.

_____
**MARTIN L. C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**